FILED
March 1, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____NM_____
            Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>SEAN AARON SMITH<br><br>Defendant | Case No: SA:23-CR-00136-XR<br><br>INDICTMENT<br><br>COUNT 1 - 6:  18 U.S.C. § 844(I)<br><br>ARSON AFFECTING INTERSTATE AND FOREIGN COMMERCE |
|---|---|

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 844(i)]

On or about April 10, 2021, in the Western District of Texas, the Defendant,

**SEAN AARON SMITH**

did maliciously attempt to damage and destroy, by means of fire property used in interstate and foreign commerce and in any activity affecting interstate or foreign commerce, that is: a cellular telephone tower located at 1704 SW Loop 410, San Antonio, Texas.

In violation of Title 18, United States Code, Section 844(i).

<u>COUNT TWO</u>
[18 U.S.C. § 844(i)]

On or about May 8, 2021, in the Western District of Texas, the Defendant,

**SEAN AARON SMITH**

did maliciously attempt to damage and destroy, by means of fire property used in interstate and foreign commerce and in any activity affecting interstate or foreign commerce, that is: a cellular

telephone tower located at 1704 SW Loop 410, San Antonio, Texas.

In violation of Title 18, United States Code, Section 844(i).

**COUNT THREE**
**[18 U.S.C. § 844(i)]**

On or about May 24, 2021, in the Western District of Texas, the Defendant,

**SEAN AARON SMITH,**

did maliciously attempt to damage and destroy, by means of fire property used in interstate and foreign commerce and in any activity affecting interstate or foreign commerce, that is: a cellular telephone tower located at 1818 Hunt Lane, San Antonio, Texas.

In violation of Title 18, United States Code, Section 844(i).

**COUNT FOUR**
**[18 U.S.C. § 844(i)]**

On or about March 1, 2022, in the Western District of Texas, the Defendant,

**SEAN AARON SMITH**

did maliciously attempt to damage and destroy, by means of fire property used in interstate and foreign commerce and in any activity affecting interstate or foreign commerce, that is: a cellular telephone tower located at 5705 Ingram Road, San Antonio, Texas.

In violation of Title 18, United States Code, Section 844(i).

**COUNT FIVE**
**[18 U.S.C. § 844(i)]**

On or about April 29, 2022, in the Western District of Texas, the Defendant,

**SEAN AARON SMITH**

did maliciously attempt to damage and destroy, by means of fire property used in interstate and foreign commerce and in any activity affecting interstate or foreign commerce, that is: a cellular

telephone tower located at 918 Bandera Road, San Antonio, Texas.

In violation of Title 18, United States Code, Section 844(i).

## COUNT SIX
## [18 U.S.C. § 844(i)]

On or about May 2, 2022, in the Western District of Texas, the Defendant,

**SEAN AARON SMITH**

did maliciously attempt to damage and destroy, by means of fire property used in interstate and foreign commerce and in any activity affecting interstate or foreign commerce, that is: a cellular telephone tower located at 12955 Huebner Road, San Antonio, Texas.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL

███████████████████████
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR MARK ROOMBERG
Assistant United States Attorney

_____
FOR WILLIAM LEWIS
Assistant United States Attorney

3